UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE FULTON FISH MARKET WELFARE FUND and TRUSTEES OF THE FULTON FISH MARKET PENSION FUND,<br><br>Plaintiffs,<br><br>-against-<br><br>F. ROZZO & SONS INC.,<br><br>Defendant. | Case No. 1:20-cv-7326 (PAE)<br><br>STIPULATION OF DISMISSAL |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to this action, through their respective counsel, pursuant to Federal Civil Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is hereby dismissed, as follows: all claims up to and including December 31, 2016 are dismissed with prejudice; all claims from January 1, 2017 to the present are dismissed without prejudice; each party to bear its own attorney's fees and costs.

VIRGINIA & AMBINDER, LLP

By: _____

Nicole Marimon
40 Broad Street, 7th Floor
New York, New York 10004
Tel.: (212) 943-9080

*Attorneys for Plaintiffs*

BOND, SCHOENECK & KING LLP

By: _____

Rebecca K. Kimura
600 Third Avenue
New York, New York 10016
Tel.: (646) 253-2300

*Attorneys for Defendant*

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
10/19/2021